UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMAE DEWAYNE ROSE | CIVIL ACTION |
| VERSUS | NO. 23-2189 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, ET AL. | SECTION "L" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Jamae Dewayne Rose's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this  3rd  day of   January,  2024.

_____
UNITED STATES DISTRICT JUDGE